UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA                §

v.                                                            CRIMINAL NO: H-10-459-S

EFRAIN RODRIGUEZ-MENDOZA        §
                                                              §
                                                              §
                                                              §
                                                              §
                                                              §
                                                              §
                                                              §
                                                              §
                                                              §
                                                              §
                                                              §
                                                              §
                                                              §
                                                              §
                                                              §

## ORDER FOR ISSUANCE OF BENCH WARRANT

A   SUPERSEDING INDICTMENT                has been returned against the defendant listed

below.

It is ORDERED that a warrant be issued for the arrest of said defendant.  Upon arrest and

appearance, a judicial determination shall be made as to detention or release on conditions.  The

United States Government recommends to the Court the following:

Defendant

EFRAIN RODRIGUEZ-MENDOZA

☑ DETENTION

☐ RELEASED ON CONDITION

☐ APPEARANCE BOND IN THE
   AMOUNT OF: $

SIGNED at Houston, Texas, on _____10-4___, 20_12___

_____
UNITED STATES MAGISTRATE JUDGE