UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MC ALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  4:10-CR-459-3 |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | McAllen, Texas |
| | ) | |
| EFRAIN RODRIGUEZ-MENDOZA, | ) | Friday, April 12, 2013 |
| | ) | |
| Defendant. | ) | (12:11 p.m. to 12:12 p.m.) |

DETENTION HEARING

BEFORE THE HONORABLE DORINA RAMOS,
UNITED STATES MAGISTRATE JUDGE

Appearances:            See Next Page

Interpreter:            Woody Lewis

Court Recorder:         Lynette Slayton

Transcribed by:         Exceptional Reporting Services, Inc.
                        P.O. Box 18668
                        Corpus Christi, TX 78480-8668
                        361 949-2988

THIS TRANSCRIPT HAS BEEN FURNISHED AT PUBLIC
EXPENSE UNDER THE CRIMINAL JUSTICE ACT AND MAY
BE USED ONLY AS AUTHORIZED BY COURT ORDER.
UNAUTHORIZED REPRODUCTION WILL RESULT IN AN
ASSESSMENT AGAINST COUNSEL FOR THE COST OF AN
ORIGINAL AND ONE COPY AT THE OFFICIAL RATE.
General Order 94-15, United States District Court,
Southern District of Texas.

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

**APPEARANCES FOR:**

Plaintiff:                          LINDA REQUENEZ, ESQ.
                                    Assistant United States Attorney
                                    1701 W. Business Hwy. 83
                                    Suite 600
                                    McAllen, Texas 78501

Defendant:                          LINDA L. GONZALEZ, ESQ.
                                    Attorney at Law
                                    108 N. Garza Street
                                    Suite B
                                    Rio Grande City, Texas 78582

3

**McAllen, Texas; Friday, April 12, 2013; 12:11 p.m.**

**(Interpreter Utilized for Translation)**

**(Call to Order)**

**THE COURT:**  Let me call for detention hearing -- this is *Efrain Rodriguez-Mendoza*.

**MS. REQUENEZ:**  Government's present and ready, your Honor.

**THE COURT:**  All right.  This is a Houston case, and it's H-10-459S.

**MS. GONZALEZ:**  Linda Gonzalez, your Honor, for the Defendant.

**THE COURT:**  Okay.  And this is for a detention hearing.  The Court would take judicial notice of the Pretrial Services report.  What is the Government's recommendation?

**MS. REQUENEZ:**  Your Honor, we are asking for detention as we believe that there are no conditions or combinations of conditions that would assure the Court of his appearance at future court settings.

We would, obviously, point out that the Defendant lacks status to be within the United States.

**THE COURT:**  Okay.  Did you have anything?

**MS. GONZALEZ:**  No, your Honor.

**THE COURT:**  No?  All right.  Then, the Court does take judicial notice of the Pretrial Services report, notes the nature of this offense, you lack status to be in the United

4

States and will find that there are no conditions or combination of conditions that will secure your appearance at future court proceedings.

And at this time, you are remanded to the custody of the marshals to be transported to Houston as soon as possible by the marshals.

Okay?  Thank you.

**MS. GONZALEZ:**  Thank you, your Honor.  May I be excused, your Honor?

**THE COURT:**  Yes, ma'am.  Thank you.

**(This proceeding was adjourned at 12:12 p.m.)**

**EXCEPTIONAL REPORTING SERVICES, INC**

CERTIFICATION


I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.


_____          May 18, 2013_


TONI HUDSON, TRANSCRIBER