United States District Court
Southern District of Texas
**ENTERED**
March 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | No. 4:10-cr-00459-3 |
| V. | § § § | JUDGE KENNETH M. HOYT |
| EFRAIN RODRIGUEZ-MENDOZA, | § § § | *This is a Capital Case* |
| Defendant. | § | |

## ORDER ON DEFENDANT'S UNOPPOSED MOTION
## TO CONTINUE EVIDENTIARY HEARING AND BRIEFING
## FOR *ATKINS* CLAIM

Rodriguez-Mendoza's Unopposed Motion to Continue Evidentiary Hearing and Briefing for *Atkins* Claim is granted. The briefing and litigation of the defendant's *Atkins* claim shall proceed as follows:

(1) The Government shall file its Response to Mr. Rodriguez-Mendoza's *Atkins* brief by September 1, 2021;

(2) Defendant Rodriguez-Mendoza shall file his *Atkins* reply brief by September 15, 2021;

(3) The evidentiary hearing shall begin on October 13, 2021 at 9:00 a.m.

(4) Proposed findings of fact and conclusions of law from the Government and Defendant Rodriguez-Mendoza shall be filed within 30 days of the completion of the transcripts from the evidentiary hearing; and

(5) Responses to the proposed findings of fact and conclusions of law from the Government and Defendant Rodriguez-Mendoza shall be filed within 15 days of the filing of the proposed findings of fact and conclusions of law.

It is so ORDERED.

SIGNED on this 11th day of March, 2021.

Kenneth M. Hoyt
United States District Judge