United States District Court
Southern District of Texas
**ENTERED**
March 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | No. 4:10-cr-00459-3 |
| V. | § § § | JUDGE KENNETH M. HOYT |
| EFRAIN RODRIGUEZ-MENDOZA, | § § § | *This is a Capital Case* |
| Defendant. | § | |

SCHEDULING ORDER FOR PROCEEDINGS
FOLLOWING DISPOSITION OF *ATKINS* CLAIM

| Filing(s)/Hearing(s) | Party | Deadline |
|---|---|---|
| Notice under Rule 12.2(a) and (b) (Guilt-Innocence and Penalty Phases) | Rodriguez-Mendoza | 8/1/22 |
| Response to Rule 12.2(a) and (b) Notice (Guilt-Innocence and Penalty Phases) | Government | 9/1/22 |
| Dispositive Pretrial Motions (Penalty Phase)[1] | Rodriguez-Mendoza | 9/15/22 |
| Motions to Suppress Statements and Physical Evidence | Rodriguez-Mendoza | 9/15/22 |
| Remaining Pretrial Motions (Guilt-Innocence Phase)[2] | Government and Rodriguez-Mendoza | 9/15/22 |
| Joint Proposed Procedures re: Government Penalty Phase Mental Health Evaluation(s) under Rule 12.2(c) | Government and Rodriguez-Mendoza | 9/15/22 |
| Motion re: Procedures for Government Penalty Phase Mental Health Evaluation(s) | Government | 9/15/22 |

---

[1] This entry includes motions other than claims of intellectual disability where the relief requested would render the defendant ineligible for the death penalty.

[2] This entry includes motions addressing exclusively guilt-innocence phase issues that do not fall into the other entries in this order.

| | | |
|---|---|---|
| under Rule 12.2(c) (if no agreement can be reached) | | |
| Notice of F.R.E. 404(b) Evidence | Government | 9/15/22 |
| Disclosure of Outline of Evidence in Support of Statutory and Nonstatutory Aggravating Circumstances | Government | 9/15/22 |
| Response to Dispositive Pretrial Motions (Penalty Phase) | Government | 10/17/22 |
| Response to Motions to Suppress Statements and Physical Evidence | Government | 10/17/22 |
| Response to Remaining Pretrial Motions (Guilt-Innocence Phase) | Government and Rodriguez-Mendoza | 10/17/22 |
| Response to Motion re: Procedures for Government Penalty Phase Mental Health Evaluation(s) | Rodriguez-Mendoza | 10/17/22 |
| Reply re: Dispositive Pretrial Motions (Penalty Phase) | Rodriguez-Mendoza | 11/1/22 |
| Reply re: Motions to Suppress Statements and Physical Evidence | Rodriguez-Mendoza | 11/1/22 |
| Reply re: Procedures for Government Penalty Phase Mental Health Evaluation(s) | Government | 11/1/22 |
| Reply re: Remaining Pretrial Motions (Guilt-Innocence Phase) | Government and Rodriguez-Mendoza | 11/1/22 |
| Deadline to Complete Government Testing for Rule 12.2 purposes (Guilt-Innocence Phase) | Government | 11/1/22 |
| **Hearing/Oral Argument on Dispositive Pretrial Motions (Penalty Phase)** | **Government and Rodriguez-Mendoza** | **11/15/22 at 9:00 a.m** |
| **Hearing/Oral Argument on Motions to Suppress Physical Evidence and Statements** | **Government and Rodriguez-Mendoza** | **11/15/22 at 9:00 a.m** |

| | | |
|---|---|---|
| **Hearing/Oral Argument re: Procedures for Government Penalty Phase Mental Health Experts** | Government and Rodriguez-Mendoza | **11/15/22 at 9:00 a.m.** |
| **Hearing/Oral Argument on Remaining Pretrial Motions (Guilt-Innocence Phase)** | Government and Rodriguez-Mendoza | **11/15/22 at 9:00 a.m.** |
| Motion to Exclude 404b Evidence | Rodriguez-Mendoza | 12/1/22 |
| *Daubert* Motions | Government and Rodriguez-Mendoza | 12/1/22 |
| Non-Dispositive Pretrial Motions (Penalty Phase)[3] | Rodriguez-Mendoza | 12/1/22 |
| Motions *In Limine* (Guilt-Innocence and Penalty Phases) | Government and Rodriguez-Mendoza | 12/1/22 |
| Simultaneous Exchange of Expert Reports, Raw Data, Expert Notes, Materials Relied upon by the Experts (Guilt-Innocence Phase) | Government and Rodriguez-Mendoza | 12/1/22 |
| Response to Motion to Exclude 404b Evidence | Government | 1/17/23 |
| Response to *Daubert* Motions | Government and Rodriguez-Mendoza | 1/17/23 |
| Response to Non-Dispositive Pretrial Motions (Penalty Phase) | Government | 1/17/23 |
| Responses to Motions *In Limine* (Guilt-Innocence and Penalty Phases) | Government and Rodriguez-Mendoza | 1/17/23 |
| Reply re: Motion to Exclude 404b Evidence | Rodriguez-Mendoza | 2/1/23 |
| Replies re: *Daubert* Motions | Government and Rodriguez-Mendoza | 2/1/23 |
| Reply re: Non-Dispositive Pre-Trial Motions (Penalty Phase) | Rodriguez-Mendoza | 2/1/23 |

---

[3] This entry includes motions where the relief requested would not render the defendant ineligible for the death penalty.

| | | |
|---|---|---|
| Replies re: Motions *In Limine* (Guilt-Innocence and Penalty Phases) | Government and Rodriguez-Mendoza | 2/1/23 |
| **Hearing/Oral Argument on Motion to Exclude 404b Evidence** | **Government and Rodriguez-Mendoza** | **2/15/23 at 9:00 a.m.** |
| **Hearing/Oral Argument on *Daubert* Motions** | **Government and Rodriguez-Mendoza** | **2/15/23 at 9:00 a.m.** |
| **Hearing/Oral Argument on Non-Dispositive Pretrial Motions (Penalty Phase)** | **Government and Rodriguez-Mendoza** | **2/15/23 at 9:00 a.m.** |
| **Hearing/Oral Argument on Motions *In Limine* (Guilt-Innocence and Penalty Phases)** | **Government and Rodriguez-Mendoza** | **2/15/23 at 9:00 a.m.** |
| Proposed Jury Questionnaires to the Government | Rodriguez-Mendoza | 3/1/23 |
| Parties Exchange List of Potential Witnesses | Government and Rodriguez-Mendoza | 3/1/23 |
| Response to Proposed Jury Questionnaires to the Defense | Government | 3/15/23 |
| Exchange of Trial Exhibits | Government and Rodriguez-Mendoza | 3/15/23 |
| Joint Proposed Jury Questionnaires with Joint Redlines and Supporting Briefs | Government and Rodriguez-Mendoza | 4/8/23 |
| **Hearing/Oral Argument on Proposed Jury Questionnaires** | **Government and Rodriguez-Mendoza** | **4/17/23 at 11:00 a.m.** |
| Juror Questionnaires and Neutral Statement of the Case mailed with summonses to potential jurors | | 4/21/23 |
| Completed Juror Questionnaires Returnable to the Court and Provided to the Parties | | 5/19/23 |
| Motions to Strike Potential Jurors for Cause | Government and Rodriguez-Mendoza | 5/26/23 |
| Response to Motions to Strike Jurors for Cause | Government and Rodriguez-Mendoza | 6/2/23 |

4

| Reply re: Motions to Strike Jurors for Cause | Government and Rodriguez-Mendoza | 6/5/23 |
| --- | --- | --- |
| **Hearing on Motions to Strike Potential Jurors for Cause** | Government and Rodriguez-Mendoza | 6/8/2023 at 9:00 a.m. |
| **Oral *Voir Dire* Begins** | Government and Rodriguez-Mendoza | 6/19/23 at 9:00 a.m. |
| **Anticipated beginning of Jury Trial** | Government and Rodriguez-Mendoza | 7/19/23 at 9:00 a.m. |

**IT IS SO ORDERED.**

DATED: March 11, 2021.

Kenneth M. Hoyt
United States District Judge