United States District Court
Southern District of Texas
**ENTERED**
October 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:10-CR-00459-3 |
| | § | |
| EFRAIN RODRIGUEZ-MENDOZA | § | |
| | § | |
| | § | |

## ORDER

The parties' joint motion to continue evidentiary hearing and briefing for *Atkins* Claim is granted (Dkt. No. 691). The briefing and litigation of the defendant's *Atkins* claim shall proceed as follows:

1. The Government shall file its Response to Mr. Rodriguez-Mendoza's *Atkins* brief by January 7, 2022;

2. Defendant Rodriguez-Mendoza shall file his *Atkins* reply brief by January 21, 2022;

3. The evidentiary hearing shall begin on February 22, 2022 at 9:00 a.m.;

4. Proposed findings of fact and conclusions of law from the Government and Defendant Rodriguez-Mendoza shall be filed within 30 days of the completion of the transcripts from the evidentiary hearing;

5. Responses to the proposed findings of fact and conclusions of law from the Government and Defendant Rodriguez-Mendoza shall be filed within 15 days of the filing of the proposed findings of fact and conclusions of law; and

6. The parties shall provide the Court a report on the status of the plea negotiations and the deauthorization request by December 10, 2021.

It is so ORDERED.

SIGNED on this 14th day of October, 2021.

_____
Kenneth M. Hoyt
United States District Judge