UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | No. 4:10-cr-00459-3 |
| V. | § § | JUDGE KENNETH M. HOYT |
| | § § | |
| EFRAIN RODRIGUEZ-MENDOZA, | § § | *This is a Capital Case* |
| Defendant. | § § | |

**STATUS REPORT**

TO THE HONORABLE KENNETH M. HOYT:

Defendant Efrain Rodriguez-Mendoza, by counsel, hereby submits the following report regarding the status of plea negotiations between the parties and Mr. Rodriguez-Mendoza's deauthorization request: Mr. Rodriguez-Mendoza submitted his deauthorization request to the Government on October 25, 2021, and the Government is currently considering Mr. Rodriguez-Mendoza's request.

Respectfully submitted,

/S/ Edward Mallett
Edward Mallett
Texas State Bar 1286300
Federal Bar 442
Mallett Saper, LLP
4306 Yoakum Blvd., Suite 400
Houston, Texas 77006
Tel: (713) 236-1900
Facsimile: (713) 228-0321
edward@msblawyers.com

/S/ David Adler
David Adler
Texas State Bar 00923150
6750 West Loop S., Suite 120
Bellaire, Texas 77401
Tel: (713) 666-7576
davidadler1@hotmail.com

*/S/ Victor J. Abreu*
Victor J. Abreu
Pa. State Bar 71635
*/S/ Peter Williams*
Peter Williams
Pa. State Bar 90959
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 540 West
Philadelphia, PA 19106
Tel. 215-928-0520
victor_abreu@fd.org
pete_williams@fd.org

Attorneys for Defendant
Efrain Rodriguez-Mendoza

Dated: December 16, 2021

CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on counsel of record for the above captioned case.

/S/ Peter Williams
Peter Williams