UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | No. 4:10-cr-00459-3 |
| | § | |
| V. | § | JUDGE KENNETH M. HOYT |
| | § | |
| | § | |
| EFRAIN RODRIGUEZ-MENDOZA, | § | |
| | § | *This is a Capital Case* |
| Defendant. | § | |

**JOINT MOTION TO CONTINUE
EVIDENTIARY HEARING AND BRIEFING SCHEDULE
FOR *ATKINS* CLAIM**

TO THE HONORABLE KENNETH M. HOYT:

The Government and Defendant Efrain Rodriguez-Mendoza, through the undersigned counsel, hereby respectfully request that the Court grant this request to continue the current scheduling order relating to the Defendant's claim for relief under *Atkins v. Virginia*, 536 U.S. 304 (2002). Reasons follow:

1. On October 8, 2021, this Court set an evidentiary hearing for Mr. Rodriguez-Mendoza's *Atkins* claim for February 21, 2022. The defense filed its brief in support of this claim on January 19, 2021 under seal. The Government's response was due on January 7, 2022. The Defendant's reply brief is due on January 21, 2022.

2. Since the Court's Order, the parties have continued discussions regarding a potential negotiated resolution of this case. On October 22, 2021, the Defendant submitted a request to the Government to deauthorize this case and withdraw the Notice of Intent to Seek a Death Sentence. The Government is still considering the request to deauthorize. If granted, the

Defendant's deauthorization request would obviate the need for additional briefing or an evidentiary hearing on the *Atkins* claim. It would also obviate the need for any additional pre-trial litigation or a trial. The requested continuance will permit counsel for Mr. Rodriguez-Mendoza to potentially resolve this case with a negotiated disposition, and avoid the time and expense for the parties and the Court that a lengthy evidentiary hearing would entail.

3.  Accordingly, Mr. Rodriguez-Mendoza respectfully requests that the *Atkins*-related proceedings be rescheduled as follows: (1) the Government's *Atkins* Response shall be due on August 15, 2022; (2) Mr. Rodriguez-Mendoza's reply brief shall be due by September 15, 2022; (3) the *Atkins* hearing shall begin on October 3, 2022; (4) proposed findings of fact and conclusions of law shall be submitted within 30 days of the availability of the transcripts for the *Atkins* hearing; and (5) the parties' responses to the proposed findings of fact and conclusions of law shall be submitted within 15 days of the proposed findings.

4.  This motion is not intended for delay, but rather to allow justice to be done in this complex capital case. The defense is requesting this schedule so that counsel can provide effective representation, consistent with their obligations under the Sixth and Eighth Amendments. All limits under the Speedy Trial Act continue to be waived by the filing of this motion.

5.  Counsel for Mr. Rodriguez-Mendoza have conferred with counsel for the Government, who join in this request.

WHEREFORE, for the reasons set forth herein, the parties respectfully request that the Court grant this motion. (A proposed order is attached.)

Respectfully submitted,

| | |
|---|---|
| */S/ Edward Mallett* | */S/ David Adler* |
| Edward Mallett | David Adler |
| Texas State Bar 1286300 | Texas State Bar 00923150 |
| Federal Bar 442 | 6750 West Loop S., Suite 120 |
| Mallett Saper, LLP | Bellaire, Texas 77401 |
| 4306 Yoakum Blvd., Suite 400 | Tel: (713) 666-7576 |
| Houston, Texas 77006 | davidadler1@hotmail.com |
| Tel: (713) 236-1900 | |
| Facsimile: (713) 228-0321 | |
| edward@msblawyers.com | |

*/S/ Victor J. Abreu*
Victor J. Abreu
Pa. State Bar 71635
*/S/ Peter Williams*
Peter Williams
Pa. State Bar 90959
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 540 West
Philadelphia, PA 19106
Tel. 215-928-0520
victor_abreu@fd.org
pete_williams@fd.org

Attorneys for Defendant
Efrain Rodriguez-Mendoza

Dated: January 20, 2022

CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on counsel of record for the above captioned case.

*/S/ Peter Williams*
Peter Williams