United States District Court
Southern District of Texas
**ENTERED**
January 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:10-CR-00459-3 |
| § | |
| EFRAIN RODRIGUEZ-MENDOZA § | |

## ORDER ON JOINT MOTION TO CONTINUE EVIDENTIARY HEARING AND BRIEFING FOR ATKINS CLAIM

The joint motion to continue evidentiary hearing and briefing for *Atkins* Claim is granted (Dkt. No. 723). The briefing and litigation of the defendant's *Atkins* claim shall proceed as follows:

1. The Government shall file its Response to Mr. Rodriguez-Mendoza's *Atkins* brief by August 15, 2022;

2. Defendant Rodriguez-Mendoza shall file his *Atkins* reply brief by September 15, 2022;

3. The evidentiary hearing shall begin on October 3, 2022;

4. Proposed findings of fact and conclusions of law from the Government and Defendant Rodriguez-Mendoza shall be filed within 30 days of the completion of the transcripts from the evidentiary hearing; and

5. Responses to the proposed findings of fact and conclusions of law from the Government and Defendant Rodriguez-Mendoza shall be filed within 15 days of the filing of the proposed findings of fact and conclusions of law.

It is so ORDERED.

SIGNED on this 24th day of January, 2022.

_____
Kenneth M. Hoyt
United States District Judge