UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | No. H-10-459-3 |
| v. | § | |
| | § | |
| EFRAIN RODRIGUEZ-MENDOZA, | § | JUDGE KENNETH M. HOYT |
| | § | |
| Defendant. | § | |

## GOVERNMENT'S WITHDRAWAL OF INTENT TO SEEK THE DEATH PENALTY

The United States hereby notifies the Court and the parties that it has elected not to seek the punishment of death against defendant Efrain Rodriguez-Mendoza for the capital crimes charged in the Second Superseding Indictment, filed January 10, 2017 (ECF No. 314).

The United States hereby withdraws its prior Notice of Intent to Seek the Death Penalty filed on February 10, 2017 (ECF No. 326).

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By: /s/__Jill Jenkins Stotts_____
JILL JENKINS STOTTS
Assistant United States Attorney

By: /s/__Lisa Collins_____
LISA COLLINS
Assistant United States Attorney

DATED: November 6, 2023

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been furnished to all attorneys of record for Defendant EFRAIN RODDRIGUEZ-MENDOZA, via electronic transmission on this the 6th day of November, 2023.

/S/   *Jill Jenkins Stotts*
JILL JENKINS STOTTS
Assistant United States Attorney